# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-019-RLV-DCK

| | |
|---|---|
| SCOTT HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORTHERN ENGRAVING ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* For Ada Wilona Dolph" (Document No. 8) filed by Frederick T. Smith, concerning Ada Wilona Dolph on February 10, 2017. Ms. Ada Wilona Dolph seeks to appear as counsel *pro hac vice* for Defendant Northern Engraving Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* For Ada Wilona Dolph" (Document No. 8) is **GRANTED.** Ada Wilona Dolph is hereby admitted *pro hac vice* to represent Defendant Northern Engraving Corporation.

**SO ORDERED**.

Signed: February 10, 2017

David C. Keesler
United States Magistrate Judge