IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-019-RLV-DCK

| SCOTT HINES, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NORTHERN ENGRAVING CORPORATION, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Discovery" (Document No. 16) filed June 21, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

The undersigned will respectfully decline to stay this case for ninety (90) days for the parties to focus on settlement discussions. Instead, the undersigned will extend case deadlines to allow the parties more time to pursue settlement discussions <u>and</u> discovery.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Discovery" (Document No. 16) is **DENIED**.

**IT IS FURTHER ORDERED** that the discovery deadline is extended to **December 15, 2017**; and the deadline to file a report on the results of mediation is extended to **December 29, 2017**. The motions deadline is still **January 8, 2018**.

**SO ORDERED**.

Signed: June 21, 2017

David C. Keesler
United States Magistrate Judge